# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2016

152949(52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES PATRICK O'CONNELL,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152949
COA: 321939
Oakland CC: 2013-247621-FC

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 58-page application submitted on January 4, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2016

